# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                PLAINTIFF

VS.                                          4:10CR00026 BSM

BRYAN AUSTIN                                                                                            DEFENDANT

## ORDER OF RECUSAL

After holding a Bond Hearing in this case, Judge Volpe released Defendant Austin on Conditions of Release. (Doc. No. 12). Since that date, all pretrial release issues have remained with Judge Volpe. However, because Mr. Austin's wife was Judge Volpe's student in the military, he must now recuse from the case. The Clerk shall randomly reassign this case to another United States Magistrate Judge

DATED this the 25th day of July 2013.

                                         AT THE DIRECTION OF THE COURT
                                         JAMES W. McCORMACK, CLERK

                                         By:  /s/ Stacy Williams
                                                Courtroom Deputy

cc:    Hon. Brian S. Miller
        Hon. Joe J. Volpe