# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                      4:10CR00026 BSM

BRYAN AUSTIN

## ORDER

On February 25, 2010, United States Magistrate Judge Joe J. Volpe entered an Order Setting Conditions of Release, which placed Defendant on home detention. (Docket entry #12). On August 7, 2012, Judge Volpe conducted a revocation hearing, and thereafter entered an Order detaining Defendant.[1] (Docket entry #82). Defendant appealed his bond revocation to United States District Judge Brian S. Miller, who affirmed on October 9, 2012. (Docket entry #91).

This case is currently set for a jury trial on September 16, 2013. (Docket entry #112).

---

[1] At the revocation hearing, the Government presented evidence that Defendant was involved in a domestic abuse incident with his wife. Judge Volpe found that there was clear and convincing evidence that Defendant posed a danger to the community. (Docket entry #92 at p.37).

On June 17, 2013, Defendant filed a Motion for Reconsideration of Detention Order.[2] (Docket entry #115). In support of his request for re-release on conditions, he argues that: (1) he will have been detained for thirteen months by the time this case will go to trial; (2) this is a complex case and his detention has made his newly appointed lawyer's trial preparation more difficult; (3) he has dependable adult family members who are willing to supervise him on home incarceration or detention; and (4) his former employer is willing to employ him. (Docket entry #115 Exs. A-E). The Government opposes Defendant's request. (Docket entry #116).

Upon careful review of the circumstances set forth in Defendant's Motion, the Court concludes that reconsideration of Defendant's detention is not warranted. In light of the clear and convincing evidence of Defendant's danger to the community, his representations do not persuade the Court that it can now set conditions that would ensure the community's safety.

IT IS THEREFORE ORDERED THAT Defendant's Motion for Reconsideration of Detention Order (docket entry #115) is DENIED.

Dated this 30th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] On July 25, 2013, Judge Volpe recused. (Docket entry #117). The same day, Defendant's pretrial release matters were reassigned to the undersigned United States Magistrate Judge. (Docket entry #118).